David Benjamin DEWEY, Appellant,

v.

STATE of Missouri, Repsondent.

No. WD 63294.

Missouri Court of Appeals,
Western District.

Oct. 19, 2004.

Mark Allen Grothoff, State Public Defender Office, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Dora Fichter, Office of Attorney General, Jefferson City, for respondent.

Before THOMAS H. NEWTON, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER
David Dewey appeals the denial of his 29.15 motion for post-conviction relief. Dewey's motion was denied after an evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Rule 84.16(b).